June 11, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

RALEIGH LENARD JORDAN, Appellant

NO. 14-12-00114-CV                          V.

LISA SHERICE JORDAN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Lisa Sherice Jordan, signed October 26, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Lisa Sherice Jordan.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.